# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christine Marie Pompei a/k/a Christine Marie Pompeii | BK NO. 24-00746 HWV |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of DISCOVER BANK and index same on the master mailing list.

                                 Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
01 Apr 2024, 15:37:37, EDT

                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA  19106
                                 215-627-1322