IN RE: CHRISTINE MARIE POMPEI        :   CHAPTER 13
       Debtor                              :
                                           :
JACK N. ZAHAROPOULOS                  :
STANDING CHAPTER 13 TRUSTEE          :
       Movant                              :
                                           :
       vs.                                 :
                                           :
CHRISTINE MARIE POMPEI               :
       Respondent                          :   CASE NO.  1-24-bk-00746

### TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 15th day of May 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.      Debtor(s)' plan violates 11 U.S.C. § 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507 (estimated for 2020, 2021 and 2022).

2.      The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a.  The plan is underfunded relative to claims to be paid – 100% plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of debtor(s) plan.
    b.  Dismiss or convert debtor(s) case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:      /s/Agatha R. McHale
       Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 15th day of May 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA    17011-

                                        /s/Tammy Life
                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee